■ Hilary Lesniak, as Administrator of the Estate of Kathryn Podeswik, Deceased, Respondent-Appellant, v Wells Fargo Bank, NA, Successor by Merger to Wells Fargo Bank Minnesota, NA, as Trustee Formerly Known as Norwest Bank

Minnesota, NA, as Trustee for Delta Funding Home Equity Loan Asset-Backed Certificate Series 1999-2, et al., Defendants, and Peter T. Roach & Associates, P.C., Appellant-Respondent. [60 NYS3d 874]—Appeal and cross appeal from an order of the Supreme Court, Herkimer County (Erin P. Gall, J.), entered November 17, 2015. The order granted the motion of plaintiff seeking leave to amend the complaint to, inter alia, change the name of party defendant Peter T. Roach, Esq., to Peter T. Roach & Associates, P.C., and granted the cross motion of defendant Peter T. Roach, Esq., for summary judgment dismissing the complaint against him.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Centra, J.P., Peradotto, NeMoyer, Troutman and Winslow, JJ.